UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>EARL JOHN QUINN )<br>)<br>Defendant(s) )<br>_____ ) | 08CR69-JLS<br><br>CRIMINAL NO. 07mj2915<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court)).

PEDRO TORRES - ONOFRE

DATED: 1/10/08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk
J. JARABEK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-561-774/70062